# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Charles C Hayes**                                    Case No. **23-21681**
                     Debtor(s)                                Chapter **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Charles C Hayes**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **August 26, 2023**            Signature **/s/ Charles C Hayes**
                                              **Charles C Hayes**
                                              Debtor

# Earnings Statement ADP

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Period Beginning: 07/10/2023
Period Ending: 07/16/2023
Pay Date: 07/19/2023

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5

CHARLES C HAYES
606 DRYHILL ROAD
CONNELLSVILLE PA 15425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 46.3200 | 40.00 | 1,852.80 | 44,352.24 |
| **Gross Pay** | | | **$1,852.80** | 44,352.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -130.10 | 2,663.97 |
| | Social Security Tax | -114.87 | 2,749.84 |
| | Medicare Tax | -26.87 | 643.11 |
| | PA State Income Tax | -56.88 | 1,361.63 |
| | Bullskin Twp Income Tax | -18.53 | 443.54 |
| | PA SUI Tax | -1.30 | 31.05 |
| | Forward Twp Local Svc Tax | | 10.00 |
| | **Other** | | |
| | Vacation Wh | -202.00 | 4,938.46 |
| | Work Assessment | -53.20 | 1,331.22 |
| | Work Assessment | -45.60 | 1,163.17 |
| | **Net Pay** | **$1,203.45** | |
| | Checking 1 | -1,203.45 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annuity Fund | 160.00 | 4,149.16 |
| Industry Fund | 23.20 | |
| Iti Int'l Train | 4.80 | 124.48 |
| Jatf Training F | 48.00 | 1,244.74 |
| Labor Mngmt | 0.80 | 20.74 |
| Max Elig/Comp | 1,852.80 | 44,352.24 |
| Nat'l Pension | 532.00 | 13,795.96 |
| Nemic | 1.20 | 31.11 |
| Reg Hrs Worked | 40.00 | |
| Sasmi | 84.00 | 2,091.25 |
| Smohit | 0.80 | 20.74 |
| Welfare Fund H& | 418.40 | 10,559.87 |
| Workers Comp | 28.17 | |

**Important Notes**
COMPANY PH#:+1 724 258 0500

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,852.80

© 2000 ADP, Inc.

---

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Advice number: 00000290025
Pay date: 07/19/2023

Deposited to the account of     account number     transit ABA     amount
CHARLES C HAYES                 xxxxxxxx8868        xxxx xxxx       $1,203.45

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

**ADP**

**Earnings Statement**

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Period Beginning: 07/03/2023
Period Ending: 07/09/2023
Pay Date: 07/12/2023

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 5

CHARLES C HAYES
606 DRYHILL ROAD
CONNELLSVILLE PA 15425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 46.3200 | 30.00 | 1,389.60 | 42,499.44 |
| **Gross Pay** | | | **$1,389.60** | 42,499.44 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -74.52 | 2,533.87 |
| | Social Security Tax | -86.16 | 2,634.97 |
| | Medicare Tax | -20.15 | 616.24 |
| | PA State Income Tax | -42.66 | 1,304.75 |
| | Bullskin Twp Income Tax | -13.90 | 425.01 |
| | PA SUI Tax | -0.97 | 29.75 |
| | Forward Twp Local Svc Tax | | 10.00 |
| | **Other** | | |
| | Vacation Wh | -151.50 | 4,736.46 |
| | Work Assessment | -39.90 | 1,278.02 |
| | Work Assessment | -34.20 | 1,117.57 |
| | **Net Pay** | **$925.64** | |
| | Checking 1 | -925.64 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annuity Fund | 120.00 | 3,989.16 |
| Industry Fund | 17.40 | |
| Iti Int'l Train | 3.60 | 119.68 |
| Jatf Training F | 36.00 | 1,196.74 |
| Labor Mngmt | 0.60 | 19.94 |
| Max Elig/Comp | 1,389.60 | 42,499.44 |
| Nat'l Pension | 399.00 | 13,263.96 |
| Nemic | 0.90 | 29.91 |
| Reg Hrs Worked | 30.00 | |
| Sasmi | 63.00 | 2,007.25 |
| Smohit | 0.60 | 19.94 |
| Welfare Fund H& | 313.80 | 10,141.47 |
| Workers Comp | 21.13 | |

**Important Notes**
COMPANY PH#:+1 724 258 0500

BASIS OF PAY: HOURLY

YOUR HOURLY RATE HAS BEEN CHANGED FROM 42.5000 TO 46.3200.

Your federal taxable wages this period are $1,389.60

© 2000 ADP, Inc.

---

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Advice number: 00000280024
Pay date: 07/12/2023

Deposited to the account of
CHARLES C HAYES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8868 | xxxx xxxx | $925.64 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Period Beginning: 06/26/2023
Period Ending: 07/02/2023
Pay Date: 07/05/2023

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 5

CHARLES C HAYES
606 DRYHILL ROAD
CONNELLSVILLE PA 15425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 42.5000 | 38.16 | 1,621.80 | 41,109.84 |
| Gross Pay | | | $1,621.80 | 41,109.84 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -102.40 | 2,459.35 |
| | Social Security Tax | -100.55 | 2,548.81 |
| | Medicare Tax | -23.51 | 596.09 |
| | PA State Income Tax | -49.79 | 1,262.09 |
| | Bullskin Twp Income Tax | -16.25 | 411.11 |
| | PA SUI Tax | -1.14 | 28.78 |
| | Forward Twp Local Svc Tax | | 10.00 |
| Other | | | |
| | Vacation Wh | -180.88 | 4,584.96 |
| | Work Assessment | -48.84 | 1,238.12 |
| | Work Assessment | -42.74 | 1,083.37 |
| Net Pay | | $1,055.70 | |
| Checking 1 | | -1,055.70 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annuity Fund | 152.64 | 3,869.16 |
| Industry Fund | 21.75 | |
| Iti Int'l Train | 4.58 | 116.08 |
| Jatf Training F | 45.79 | 1,160.74 |
| Labor Mngmt | 0.76 | 19.34 |
| Max Elig/Comp | 1,621.80 | 41,109.84 |
| Nat'l Pension | 507.53 | 12,864.96 |
| Nemic | 1.14 | 29.01 |
| Reg Hrs Worked | 38.16 | |
| Sasmi | 76.70 | 1,944.25 |
| Smohit | 0.76 | 19.34 |
| Welfare Fund H& | 387.71 | 9,827.67 |
| Workers Comp | 24.65 | |

**Important Notes**
COMPANY PH#:+1 724 258 0500

BASIS OF PAY: HOURLY

Your federal taxable wages this period are
$1,621.80

© 2000 ADP, Inc.

---

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Advice number: 00000270022
Pay date: 07/05/2023

Deposited to the account of
CHARLES C HAYES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8868 | xxxx xxxx | $1,055.70 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement** ADP

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Period Beginning: 06/19/2023
Period Ending: 06/25/2023
Pay Date: 06/28/2023

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5

CHARLES C HAYES
606 DRYHILL ROAD
CONNELLSVILLE PA 15425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 42.5000 | 40.00 | 1,700.00 | 39,488.04 |
| **Gross Pay** | | | **$1,700.00** | 39,488.04 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -111.77 | | 2,356.95 |
| Social Security Tax | -105.40 | | 2,448.26 |
| Medicare Tax | -24.65 | | 572.58 |
| PA State Income Tax | -52.21 | | 1,212.30 |
| Bullskin Twp Income Tax | -16.99 | | 394.86 |
| PA SUI Tax | -1.19 | | 27.64 |
| Forward Twp Local Svc Tax | | | 10.00 |
| Other | | | |
| Vacation Wh | -189.60 | | 4,404.08 |
| Work Assessment | -51.20 | | 1,189.28 |
| Work Assessment | -44.80 | | 1,040.63 |
| **Net Pay** | **$1,102.19** | | |
| Checking 1 | -1,102.19 | | |
| **Net Check** | **$0.00** | | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annuity Fund | 160.00 | 3,716.52 |
| Industry Fund | 22.80 | |
| Iti Int'l Train | 4.80 | 111.50 |
| Jatf Training F | 48.00 | 1,114.95 |
| Labor Mngmt | 0.80 | 18.58 |
| Max Elig/Comp | 1,700.00 | 39,488.04 |
| Nat'l Pension | 532.00 | 12,357.43 |
| Nemic | 1.20 | 27.87 |
| Reg Hrs Worked | 40.00 | |
| Sasmi | 80.40 | 1,867.55 |
| Smohit | 0.80 | 18.58 |
| Welfare Fund H& | 406.40 | 9,439.96 |
| Workers Comp | 25.86 | |

**Important Notes**
COMPANY PH#:+1 724 258 0500

BASIS OF PAY: HOURLY

Your federal taxable wages this period are
$1,700.00

© 2000 ADP, Inc.

---

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Advice number: 00000260024
Pay date: 06/28/2023

Deposited to the account of
CHARLES C HAYES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8868 | xxxx xxxx | $1,102.19 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement** ADP

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Period Beginning: 06/12/2023
Period Ending: 06/18/2023
Pay Date: 06/21/2023

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5

CHARLES C HAYES
606 DRYHILL ROAD
CONNELLSVILLE PA 15425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 42.5000 | 20.00 | 850.00 | 37,788.04 |
| Gross Pay | | | $850.00 | 37,788.04 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -15.19 | 2,245.18 |
| | Social Security Tax | -52.70 | 2,342.86 |
| | Medicare Tax | -12.33 | 547.93 |
| | PA State Income Tax | -26.10 | 1,160.09 |
| | Bullskin Twp Income Tax | -8.52 | 377.87 |
| | PA SUI Tax | -0.59 | 26.45 |
| | Forward Twp Local Svc Tax | | 10.00 |
| | Other | | |
| | Vacation Wh | -94.80 | 4,214.48 |
| | Work Assessment | -25.60 | 1,138.08 |
| | Work Assessment | -22.40 | 995.83 |
| Net Pay | | $591.77 | |
| | Checking 1 | -591.77 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annuity Fund | 80.00 | 3,556.52 |
| Industry Fund | 11.40 | |
| Iti Int'l Train | 2.40 | 106.70 |
| Jatf Training F | 24.00 | 1,066.95 |
| Labor Mngmt | 0.40 | 17.78 |
| Max Elig/Comp | 850.00 | 37,788.04 |
| Nat'l Pension | 266.00 | 11,825.43 |
| Nemic | 0.60 | 26.67 |
| Reg Hrs Worked | 20.00 | |
| Sasmi | 40.20 | 1,787.15 |
| Smohit | 0.40 | 17.78 |
| Welfare Fund H& | 203.20 | 9,033.56 |
| Workers Comp | 12.92 | |

**Important Notes**
COMPANY PH#:+1 724 258 0500

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $850.00

© 2000 ADP, Inc.

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Advice number: 00000250023
Pay date: 06/21/2023

Deposited to the account of
CHARLES C HAYES

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx8868 | xxxx xxxx | $591.77 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement** ADP

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Period Beginning: 06/05/2023
Period Ending: 06/11/2023
Pay Date: 06/14/2023

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5

CHARLES C HAYES
606 DRYHILL ROAD
CONNELLSVILLE PA 15425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 42.5000 | 40.00 | 1,700.00 | 36,938.04 |
| **Gross Pay** | | | **$1,700.00** | 36,938.04 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -111.77 | 2,229.99 |
| | Social Security Tax | -105.40 | 2,290.16 |
| | Medicare Tax | -24.65 | 535.60 |
| | PA State Income Tax | -52.19 | 1,133.99 |
| | Bullskin Twp Income Tax | -16.99 | 369.35 |
| | PA SUI Tax | -1.19 | 25.86 |
| | Forward Twp Local Svc Tax | | 10.00 |
| | **Other** | | |
| | Vacation Wh | -189.60 | 4,119.68 |
| | Work Assessment | -51.20 | 1,112.48 |
| | Work Assessment | -44.80 | 973.43 |
| **Net Pay** | | **$1,102.21** | |
| | Checking 1 | -1,102.21 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annuity Fund | 160.00 | 3,476.52 |
| Industry Fund | 22.80 | |
| Iti Int'l Train | 4.80 | 104.30 |
| Jatf Training F | 48.00 | 1,042.95 |
| Labor Mngmt | 0.80 | 17.38 |
| Max Elig/Comp | 1,700.00 | 36,938.04 |
| Nat'l Pension | 532.00 | 11,559.43 |
| Nemic | 1.20 | 26.07 |
| Reg Hrs Worked | 40.00 | |
| Sasmi | 80.40 | 1,746.95 |
| Smohit | 0.80 | 17.38 |
| Welfare Fund H& | 406.40 | 8,830.36 |
| Workers Comp | 25.86 | |

**Important Notes**
COMPANY PH#:+1 724 258 0500

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,700.00

© 2000 ADP, Inc.

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Advice number: 00000240025
Pay date: 06/14/2023

Deposited to the account of
CHARLES C HAYES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8868 | xxxx xxxx | $1,102.21 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement  ADP

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Period Beginning: 05/29/2023
Period Ending: 06/04/2023
Pay Date: 06/07/2023

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5

CHARLES C HAYES
606 DRYHILL ROAD
CONNELLSVILLE PA 15425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 42.5000 | 30.00 | 1,275.00 | 35,238.04 |
| Gross Pay | | | $1,275.00 | 35,238.04 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -60.78 | 2,118.22 |
| Social Security Tax | | -79.05 | 2,184.76 |
| Medicare Tax | | -18.49 | 510.95 |
| PA State Income Tax | | -39.15 | 1,081.80 |
| Bullskin Twp Income Tax | | -12.75 | 352.36 |
| PA SUI Tax | | -0.90 | 24.67 |
| Forward Twp Local Svc Tax | | | 10.00 |
| Other | | | |
| Vacation Wh | | -142.20 | 3,930.08 |
| Work Assessment | | -38.40 | 1,061.28 |
| Work Assessment | | -33.60 | 928.63 |
| Net Pay | | $849.68 | |
| Checking 1 | | -849.68 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annuity Fund | 120.00 | 3,316.52 |
| Industry Fund | 17.10 | |
| Iti Int'l Train | 3.60 | 99.50 |
| Jatf Training F | 36.00 | 994.95 |
| Labor Mngmt | 0.60 | 16.58 |
| Max Elig/Comp | 1,275.00 | 35,238.04 |
| Nat'l Pension | 399.00 | 11,027.43 |
| Nemic | 0.90 | 24.87 |
| Reg Hrs Worked | 30.00 | |
| Sasmi | 60.30 | 1,666.55 |
| Smohit | 0.60 | 16.58 |
| Welfare Fund H& | 304.80 | 8,423.96 |
| Workers Comp | 19.39 | |

**Important Notes**
COMPANY PH#:+1 724 258 0500

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,275.00

© 2000 ADP, Inc.

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Advice number: 00000230025
Pay date: 06/07/2023

Deposited to the account of
CHARLES C HAYES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8868 | xxxx xxxx | $849.68 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Period Beginning: 07/17/2023
Period Ending: 07/23/2023
Pay Date: 07/26/2023

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 5

CHARLES C HAYES
606 DRYHILL ROAD
CONNELLSVILLE PA 15425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 46.3200 | 40.00 | 1,852.80 | 46,205.04 |
| **Gross Pay** | | | **$1,852.80** | 46,205.04 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -130.11 | | 2,794.08 |
| | Social Security Tax | -114.87 | | 2,864.71 |
| | Medicare Tax | -26.86 | | 669.97 |
| | PA State Income Tax | -56.88 | | 1,418.51 |
| | Bullskin Twp Income Tax | -18.51 | | 462.05 |
| | PA SUI Tax | -1.29 | | 32.34 |
| | Forward Twp Local Svc Tax | | | 10.00 |
| | **Other** | | | |
| | Vacation Wh | -202.00 | | 5,140.46 |
| | Work Assessment | -53.20 | | 1,384.42 |
| | Work Assessment | -45.60 | | 1,208.77 |
| **Net Pay** | | | **$1,203.48** | |
| Checking 1 | | -1,203.48 | | |
| **Net Check** | | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annuity Fund | 160.00 | 4,309.16 |
| Industry Fund | 23.20 | |
| Iti Int'l Train | 4.80 | 129.28 |
| Jatf Training F | 48.00 | 1,292.74 |
| Labor Mngmt | 0.80 | 21.54 |
| Max Elig/Comp | 1,852.80 | 46,205.04 |
| Nat'l Pension | 532.00 | 14,327.96 |
| Nemic | 1.20 | 32.31 |
| Reg Hrs Worked | 40.00 | |
| Sasmi | 84.00 | 2,175.25 |
| Smohit | 0.80 | 21.54 |
| Welfare Fund H& | 418.40 | 10,978.27 |
| Workers Comp | 28.17 | |

**Important Notes**
COMPANY PH#:+1 724 258 0500

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,852.80

© 2000 ADP, Inc.

DMI COMPANIES, INC.
210 5TH ST
CHARLEROI, PA 15022

Advice number: 00000300023
Pay date: 07/26/2023

Deposited to the account of
CHARLES C HAYES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8868 | xxxx xxxx | $1,203.48 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**