| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Charles C. Hayes<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–0462<br>EIN:  __–_____ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  ____<br>EIN:  __–_____ |
| United States Bankruptcy Court:  WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter:   7   8/8/23 |
| Case number:  23–21681–GLT | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Charles C. Hayes | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 606 Dry Hill Road<br>Connellsville, PA 15425 | |
| 4. | **Debtor's attorney**<br>Name and address | Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235 | Contact phone 412–235–1721<br>Email: ecf@westernpabankruptcy.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601 | Contact phone 724–834–2990<br>Email: robertslone223@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Charles C. Hayes**                                                                                         Case number **23−21681−GLT**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412−644−2700<br><br>Date: 9/5/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 17, 2023 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 12/18/23**<br><br><br><br><br><br><br><br><br><br>**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**        page **2**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 23-21681-GLT
Charles C. Hayes Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Sep 05, 2023     Form ID: 309A     Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles C. Hayes, 606 Dry Hill Road, Connellsville, PA 15425-6192 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| tr | + | Robert H. Slone, Trustee, 223 South Maple Avenue, Greensburg, PA 15601-3232 |
| 15626078 | | Diocese of Greensburg, Geibel Catholic, Junior - Senior High School, Connellsville, PA 15425 |
| 15634273 | + | Excela Health, 532 W Pittsburgh St, Greensburg, PA 15601-2239 |
| 15634276 | + | Geibel Catholic Highschool, 611 E Crawford Ave, Connellsville, PA 15425-2199 |
| 15626091 | + | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222-2401 |
| 15626090 | + | Patenaude & Felix, 2400 ANSYS DRIVE, Suite 402-B, Canonsburg, PA 15317-0403 |
| 15634290 | + | Southwestern Endoscopy, 300 Spring Creeek Ln, Uniontown, PA 15401-9069 |
| 15634291 | + | Swgi Specialists, 300 Spring Creek Ln, Uniontown, PA 15401-9069 |
| 15634298 | + | The Groves Psychological Center, 1225 S Main St Suite 207, Greensburg, PA 15601-5370 |
| 15626096 | + | Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 15634303 | + | US Digestive Health, 300 Spring Creek Ln, Uniontown, PA 15401-9069 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@westernpabankruptcy.com | Sep 06 2023 02:28:00 | Lawrence W. Willis, Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh, PA 15235 |
| smg | | EDI: PENNDEPTREV | Sep 06 2023 06:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 06 2023 02:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Sep 06 2023 02:28:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| 15626066 | | Email/Text: Bankruptcy@absoluteresolutions.com | Sep 06 2023 02:28:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 15626067 | + | Email/Text: backoffice@affirm.com | Sep 06 2023 02:29:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15626068 | + | Email/Text: backoffice@affirm.com | Sep 06 2023 02:29:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15626069 | + | Email/PDF: bncnotices@becket-lee.com | Sep 06 2023 02:40:46 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15626072 | + | EDI: CRFRSTNA.COM | | |

Case 23-21681-GLT    Doc 16    Filed 09/07/23    Entered 09/08/23 00:27:13    Desc Imaged
                                 Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 05, 2023 | Form ID: 309A | Total Noticed: 55 |

| | | | |
|---|---|---|---|
| | | Sep 06 2023 06:22:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15634264 | + EDI: CITICORP.COM | Sep 06 2023 06:22:00 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 15626074 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 06 2023 02:28:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 15626070 | + EDI: CAPITALONE.COM | Sep 06 2023 06:22:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15626071 | + Email/Text: bankruptcy@cavps.com | Sep 06 2023 02:29:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15634261 | + Email/Text: bzern@celticbank.com | Sep 06 2023 02:29:00 | Celtic Bank, 268 State St #300, Salt Lake City, UT 84111-5314 |
| 15626073 | + EDI: CITICORP.COM | Sep 06 2023 06:22:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15626075 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2023 02:30:27 | Citizens Bank NA, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15626076 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 06 2023 02:30:31 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15634268 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 06 2023 02:30:27 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15626080 | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 06 2023 02:28:00 | Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 15626077 | + Email/Text: electronicbkydocs@nelnet.net | Sep 06 2023 02:29:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15626079 | + EDI: DISCOVER.COM | Sep 06 2023 06:22:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15626081 | + Email/Text: data_processing@fin-rec.com | Sep 06 2023 02:28:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 15626082 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 06 2023 02:28:00 | First National Bank of Pennsylvania, 4140 E State St, Hermitage, PA 16148-3401 |
| 15626083 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 06 2023 02:28:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15626085 | EDI: IRS.COM | Sep 06 2023 06:22:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15626087 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 06 2023 02:28:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15634282 | + EDI: RMSC.COM | Sep 06 2023 06:22:00 | Lowes Home Centers, 1605 Curtis Bridge Road, Wilkesboro, NC 28697-2231 |
| 15626088 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 06 2023 02:30:27 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15626089 | + EDI: NFCU.COM | Sep 06 2023 06:22:00 | Navy FCU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15626092 | EDI: PRA.COM | Sep 06 2023 06:22:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15626602 | EDI: PENNDEPTREV | Sep 06 2023 06:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15626602 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 06 2023 02:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

Case 23-21681-GLT   Doc 16   Filed 09/07/23   Entered 09/08/23 00:27:13   Desc Imaged
                              Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 05, 2023 | Form ID: 309A | Total Noticed: 55 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15634286 | + | Email/Text: bkrgeneric@penfed.org | Sep 06 2023 02:28:00 | Pentagon FCU, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 15634292 | + | EDI: RMSC.COM | Sep 06 2023 06:22:00 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 15634293 | + | EDI: RMSC.COM | Sep 06 2023 06:22:00 | SYNCB/AMAZON, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 15634294 | + | EDI: RMSC.COM | Sep 06 2023 06:22:00 | SYNCB/LOWES, PO BOX 965005, Orlando, FL 32896-5005 |
| 15626093 | + | Email/Text: cs@securitycreditservicesllc.com | Sep 06 2023 02:28:00 | Security Credit Services, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 15626094 | + | EDI: RMSC.COM | Sep 06 2023 06:22:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15634297 | + | EDI: CITICORP.COM | Sep 06 2023 06:22:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15626095 | + | EDI: WTRRNBANK.COM | Sep 06 2023 06:22:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15634300 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 06 2023 02:29:00 | Transworld Systems, 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 15626097 |   | Email/Text: bankruptcy@unifund.com | Sep 06 2023 02:28:00 | Unifund, Attn: Bankruptcy Department, 10625 Techwood Cir., Cincinnati, OH 45242 |
| 15634302 |   | Email/Text: bknotice@upgrade.com | Sep 06 2023 02:28:00 | Upgrade, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 15626098 | ^ | MEBN | Sep 06 2023 02:22:57 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | AmeriSave Mortgage Corporation |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15634255 | *P++ | ABSOLUTE RESOLUTIONS CORPORATION, 8000 NORMAN CENTER DRIVE SUITE 350, BLOOMINGTON MN 55437-1118, address filed with court:, Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 15634256 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15634257 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15634258 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15634262 | *+ | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15634265 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 15634259 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15634260 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15634263 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15634266 | * | Citizens Bank NA, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15634267 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15634272 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 15634269 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15634270 | * | Diocese of Greensburg, Geibel Catholic, Junior - Senior High School, Connellsville, PA 15425 |
| 15634271 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15634274 | *+ | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 15634275 | *+ | First National Bank of Pennsylvania, 4140 E State St, Hermitage, PA 16148-3401 |
| 15634277 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15626086 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |

Case 23-21681-GLT   Doc 16   Filed 09/07/23   Entered 09/08/23 00:27:13   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 05, 2023 | Form ID: 309A | Total Noticed: 55 |

| | | |
|---|---|---|
| 15634280 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15634279 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15626084 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15634278 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15634281 | *+ | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15634283 | *+ | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15634284 | *+ | Navy FCU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15634287 | *+ | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222-2401 |
| 15634288 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15634285 | *+ | Patenaude & Felix, 2400 ANSYS DRIVE, Suite 402-B, Canonsburg, PA 15317-0403 |
| 15634289 | *+ | Security Credit Services, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 15634295 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15634296 | *+ | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15634299 | *+ | Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 15634301 | *P++ | UNIFUND CCR LLC, ATTN MEDIA DEPARTMENT, 10625 TECHWOOD CIRCLE, CINCINNATI OH 45242-2846, address filed with court:, Unifund, Attn: Bankruptcy Department, 10625 Techwood Cir., Cincinnati, OH 45242 |
| 15634304 | *+ | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |

TOTAL: 1 Undeliverable, 36 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor AmeriSave Mortgage Corporation bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Charles C. Hayes ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |

TOTAL: 4