Certificate Number: 05781-PAW-DE-037750903

Bankruptcy Case Number: 23-21681



05781-PAW-DE-037750903

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2023, at 2:33 o'clock PM PDT, Charles Hayes completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  September 10, 2023            By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President