| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Charles C. Hayes<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0462<br>EIN   \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_\_–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23–21681–GLT | |

## Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charles C. Hayes

12/20/23                                              **By the court:**   Gregory L Taddonio
                                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21681-GLT |
| Charles C. Hayes | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 20, 2023 | Form ID: 318 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles C. Hayes, 606 Dry Hill Road, Connellsville, PA 15425-6192 |
| 15626078 | | Diocese of Greensburg, Geibel Catholic, Junior - Senior High School, Connellsville, PA 15425 |
| 15634273 | + | Excela Health, 532 W Pittsburgh St, Greensburg, PA 15601-2239 |
| 15634276 | + | Geibel Catholic Highschool, 611 E Crawford Ave, Connellsville, PA 15425-2199 |
| 15626090 | + | Patenaude & Felix, 2400 ANSYS DRIVE, Suite 402-B, Canonsburg, PA 15317-0403 |
| 15634290 | + | Southwestern Endoscopy, 300 Spring Creeek Ln, Uniontown, PA 15401-9069 |
| 15634291 | + | Swgi Specialists, 300 Spring Creek Ln, Uniontown, PA 15401-9069 |
| 15634298 | + | The Groves Psychological Center, 1225 S Main St Suite 207, Greensburg, PA 15601-5370 |
| 15626096 | + | Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 15634303 | + | US Digestive Health, 300 Spring Creek Ln, Uniontown, PA 15401-9069 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 21 2023 04:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 00:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15626066 | | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 21 2023 00:00:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 15626067 | + | Email/Text: backoffice@affirm.com | Dec 21 2023 00:01:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15626068 | + | Email/Text: backoffice@affirm.com | Dec 21 2023 00:01:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15626069 | + | Email/PDF: bncnotices@becket-lee.com | Dec 21 2023 00:23:15 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15626072 | + | EDI: CRFRSTNA.COM | Dec 21 2023 04:52:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15634264 | + | EDI: CITICORP | Dec 21 2023 04:52:00 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 15626074 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 21 2023 00:00:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 15626070 | + | EDI: CAPITALONE.COM | Dec 21 2023 04:52:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15626071 | + | Email/Text: bankruptcy@cavps.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 21 2023 00:01:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15634261 | + | Email/Text: bzern@celticbank.com | Dec 21 2023 00:01:00 | Celtic Bank, 268 State St #300, Salt Lake City, UT 84111-5314 |
| 15626073 | + | EDI: CITICORP | Dec 21 2023 04:52:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15626075 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2023 00:22:58 | Citizens Bank NA, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15626076 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 21 2023 00:23:09 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15634268 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 21 2023 00:09:55 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15626080 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Dec 21 2023 00:00:00 | Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 15626077 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 21 2023 00:01:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15626079 | + | EDI: DISCOVER | Dec 21 2023 04:52:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15626081 | + | Email/Text: data_processing@fin-rec.com | Dec 21 2023 00:01:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 15626082 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 21 2023 00:00:00 | First National Bank of Pennsylvania, 4140 E State St, Hermitage, PA 16148-3401 |
| 15626083 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 21 2023 00:00:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15626085 | | EDI: IRS.COM | Dec 21 2023 04:52:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15626087 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 21 2023 00:00:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15634282 | + | EDI: SYNC | Dec 21 2023 04:52:00 | Lowes Home Centers, 1605 Curtis Bridge Road, Wilkesboro, NC 28697-2231 |
| 15626088 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 21 2023 00:10:32 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15626089 | + | EDI: NFCU.COM | Dec 21 2023 04:52:00 | Navy FCU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15626091 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15626092 | | EDI: PRA.COM | Dec 21 2023 04:52:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15626602 | | EDI: PENNDEPTREV | Dec 21 2023 04:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15626602 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15634286 | + | Email/Text: bkrgeneric@penfed.org | Dec 21 2023 00:00:00 | Pentagon FCU, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 15634292 | + | EDI: SYNC | Dec 21 2023 04:52:00 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 15634293 | + | EDI: SYNC | Dec 21 2023 04:52:00 | SYNCB/AMAZON, C/O P O BOX 965015, Orlando, FL 32896-0001 |

Case 23-21681-GLT  Doc 22  Filed 12/22/23  Entered 12/23/23 00:28:59  Desc Imaged
Certificate of Notice  Page 5 of 6

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: 318 | Total Noticed: 51 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| 15634294 | + EDI: SYNC | Dec 21 2023 04:52:00 | SYNCB/LOWES, PO BOX 965005, Orlando, FL 32896-5005 |
| 15626093 | + Email/Text: cs@securitycreditservicesllc.com | Dec 21 2023 00:00:00 | Security Credit Services, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 15626094 | + EDI: SYNC | Dec 21 2023 04:52:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15634297 | + EDI: CITICORP | Dec 21 2023 04:52:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15626095 | + EDI: WTRRNBANK.COM | Dec 21 2023 04:52:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15634300 | + Email/Text: bankruptcydepartment@tsico.com | Dec 21 2023 00:01:00 | Transworld Systems, 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 15626097 | Email/Text: bankruptcy@unifund.com | Dec 21 2023 00:00:00 | Unifund, Attn: Bankruptcy Department, 10625 Techwood Cir., Cincinnati, OH 45242 |
| 15634302 | Email/Text: bknotice@upgrade.com | Dec 21 2023 00:00:00 | Upgrade, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 15626098 | ^ MEBN | Dec 20 2023 23:58:42 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriSave Mortgage Corporation |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15634255 | *P++ | ABSOLUTE RESOLUTIONS CORPORATION, 8000 NORMAN CENTER DRIVE SUITE 350, BLOOMINGTON MN 55437-1118, address filed with court:, Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 15634256 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15634257 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15634258 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15634262 | *+ | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15634265 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 15634259 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15634260 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15634263 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15634266 | * | Citizens Bank NA, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15634267 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15634272 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 15634269 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15634270 | * | Diocese of Greensburg, Geibel Catholic, Junior - Senior High School, Connellsville, PA 15425 |
| 15634271 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15634274 | *+ | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 15634275 | *+ | First National Bank of Pennsylvania, 4140 E State St, Hermitage, PA 16148-3401 |
| 15634277 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15626086 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15634280 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15634279 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15626084 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15634278 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15634281 | *+ | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15634283 | *+ | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15634284 | *+ | Navy FCU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15634287 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Financial, |

|  |  |  |
|---|---|---|
|  |  | Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15634288 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15634285 | *+ | Patenaude & Felix, 2400 ANSYS DRIVE, Suite 402-B, Canonsburg, PA 15317-0403 |
| 15634289 | *+ | Security Credit Services, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 15634295 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15634296 | *+ | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15634299 | *+ | Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 15634301 | *P++ | UNIFUND CCR LLC, ATTN MEDIA DEPARTMENT, 10625 TECHWOOD CIRCLE, CINCINNATI OH 45242-2846, address filed with court:, Unifund, Attn: Bankruptcy Department, 10625 Techwood Cir., Cincinnati, OH 45242 |
| 15634304 | *+ | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |

TOTAL: 1 Undeliverable, 36 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor AmeriSave Mortgage Corporation bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Charles C. Hayes ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@mahadylegal.com;pa07@ecfcbis.com |

TOTAL: 4